IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

INTERNATIONAL BROTHERHOOD OF    §
ELECTRIC WORKERS    §
   §
      Plaintiff,    §
   §
v.    §    NO. 05-CV-1007-WYD-MJW
   §
DEX MEDIA EAST, L.L.C.,    §
   §
      Defendant.    §

**ORDER GRANTING JOINT MOTION TO CANCEL SETTLEMENT CONFERENCE**

( Docket No. 28 )

      Before the Court is The Joint Motion to Cancel Settlement Conference on October 31, 2005. Having reviewed that Motion, it is the Court's opinion that it should be and hereby is GRANTED.

      It is so ORDERED that the Settlement Conference is hereby canceled.

      SIGNED this 28th day of October , 2005.

_____
UNITED STATES MAGISTRATE JUDGE
THE HONORABLE M. J. WATANABE

**ORDER GRANTING JOINT MOTION TO CANCEL SETTLEMENT CONFERENCE -**     **Solo Page**