IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-CV-01007-WYD-MJW

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 1269,

Plaintiff(s),

v.

DEX MEDIA EAST, LLC.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Joint Motion for an Order to Vacate Pretrial Conference (docket no. 33) is DENIED.  The court will allow the parties to participate at the Final Pretrial Conference by telephone conference.  Plaintiff shall initiate the telephone conference call on March 29, 2006, at 8:30 a.m.  The court's telephone number is (303) 844-2403.  The parties shall file their proposed Final Pretrial Order with the court on or before March 24, 2006, consistent with the e-filing requirements of this court.

Date: March 14, 2006